JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
United States of America;
**County of Residence:** Platte County

**Defendant(s):**
First Listed Defendant:
325,253.73 USDT Seized from Two Tether Addresses;
**County of Residence:** Platte County

**County Where Claim For Relief Arose:** Platte County

**Plaintiff's Attorney(s):**
Assistant United States Attorney John Constance
(United States of America)
U.S. Attorney's Office
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
**Phone:** (816) 426-3122
**Fax:**
**Email:** John.Constance@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 690 All Other Forfeiture and Penalty Actions
**Cause of Action:** This is an action to forfeit property to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) based on violations of 18 U.S.C. §§ 1956 and 1343.

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action.

---

**Signature:** */s/ John Constance*

**Date:** July 23, 2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.